Christopher H. Byrd, Esq. (NV Bar No. 1633)
FENNEMORE CRAIG, P.C.
300 South Fourth St. 14th Floor
Las Vegas, NV 89101
Telephone: (702) 692-8000
Facsimile: (702) 692-8099
Email: cbyrd@fclaw.com
Attorneys for Defendant
*First Cup L.V. Silverado Ranch Blvd & Bermuda Rd, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN ZIMMERMAN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>FIRST CUP L.V. SILVERADO RANCH BLVD & BERMUDA RD, LLC;.<br><br>Defendants. | Case No.: 2:17-cv-01179<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

KEVIN ZIMMERMAN, an individual ("Plaintiff") and FIRST CUP L.V. SILVERADO RANCH BLVD & BERMUDA RD, LLC ("Defendant"), by and through their respective counsel of record and being parties to the above lawsuit, hereby stipulate and agree that the above entitled action shall be dismissed with prejudice. Each party will bear its own attorneys' fees and costs.

DATED this 1st day of August, 2017.          DATED this 1st day of August, 2017.

**FENNEMORE CRAIG, P.C.**                    **THE WILCHER FIRM**


*/s/ Christopher H. Byrd, Esq.*              */s/ Whitney Wilcher, Esq.*
Christopher H. Byrd, Esq. (NV Bar No.        Whitney C. Wilcher, Esq. (NV Bar No. 7212)
1633)                                        8465 W. Sahara Ave. Suite 111-236
300 South Fourth St. 14th Floor              Las Vegas, NV 89117
Las Vegas, NV 89101                          *Attorneys for Plaintiff*
Attorneys for Defendant
*First Cup L.V. Silverado Ranch Blvd &*
*Bermuda Rd, LLC*

TDAY/13104584.1/035831.0001

**Zimmerman v First Cup L.V. Silverado Ranch Blvd. & Bermuda Rd, LLC**
**Case No.: 2:17-cv-01179**
**(Stipulation and Order for Dismissal with Prejudice)**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

DATED this __1__ day of August, 2017.

**FENNEMORE CRAIG, P.C.**

_/s/ Christopher H. Byrd, Esq._
Christopher H. Byrd, Esq. (NV Bar No. 1633)
300 South Fourth St. 14th Floor
Las Vegas, NV 89101
Telephone: (702) 692-8000
Facsimile: (702) 692-8099
Email: cbyrd@fclaw.com
Attorneys for Defendant
_First Cup L.V. Silverado Ranch Blvd & Bermuda Rd, LLC_

## CERTIFICATE OF SERVICE

1.    On August 1st, 2017, I served the following document(s):

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

2.    I served the above-named document(s) by the following means to the persons as listed below:

[x]    a.    ECF System (attach the "Notice of Electronic Filing" or list all persons and address):

Whitney C. Wilcher, Esq.    wcw@nevadaada.com

[ ]    b.    United States mail, postage fully prepared (list persons and addresses):

[ ]    c.    Personal Service (List persons and addresses):

    [ ] For a party represented by an attorney, delivery was made by handling the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

    [ ] For a party, deliver was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

[ ]    d.    By direct email (as opposed to through the ECF system (list persons and email addresses):

    Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[ ]    e.    By fax transmission (list persons and fax numbers):

    Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

[ ]    f.    By messenger:

    I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger service. (A declaration by the messenger must be attached to this Certificate of Service).

I declare under penalty of perjury that the foregoing is true and correct.

*/s/Trista Day*

An Employee of Fennemore Craig, P.C.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26